UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHNNY CHARLES THOMAS,

    Plaintiff,

v.                                            Case No.  5:18-cv-224-MCR/MJF

GULF COUNTY JAIL,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

      This prisoner civil rights case, filed under 42 U.S.C. § 1983, is before the court on referral from the clerk of the court. On September 28, 2018, the court ordered Plaintiff to correct the deficiency in his *in forma pauperis* application by filing a motion, supporting affidavit, consent form, financial certificate and account printout. (Doc. 4).[1] Plaintiff was warned that failure to comply with the order likely would result in dismissal of this case. (*Id*.). Plaintiff responded by filing a consent form, financial certificate and account printout, but no motion or supporting affidavit. (Doc. 5).

      Accordingly, on December 17, 2018, the undersigned issued another order directing Plaintiff to correct the deficiency in his *in forma pauperis* application by

---

[1] Plaintiff's application consisted of only a prisoner consent form. (Doc. 2).

Page 1 of 3

filing the requisite motion and supporting affidavit on the court form. (Doc. 6). The court mailed Plaintiff another set of forms and again warned him that failure to comply with the court's orders likely would result in dismissal of this case. (*Id.*). Plaintiff has not complied with the order and has not responded to the March 15, 2019, order (Doc. 8) requiring him to show cause why this action should not be dismissed for failure to comply with a court order and failure to prosecute.

Accordingly, it is respectfully **RECOMMENDED** that:

1. This case be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with a court order.[2]

2. The clerk be directed to close the file.

At Panama City, Florida, this 15th day of April 2019.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

---

[2] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cty. Sheriff's Office*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**